IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES J. HOMESLEY aka
Charles Mayberry,

        JUDGMENT IN A CIVIL CASE

    Petitioner,

        Case No. 12-cv-835-bbc

v.

MICHAEL MEISNER and
HAZEL BROWN,

    Respondents.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Charles J. Homesley for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for his failure to exhaust his remedies in state court.

By: _/s/ Peter Oppeneer, Deputy Clerk_        1-8-2013
    Peter Oppeneer, Clerk of Court        Date